IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1660 (RGA) |
| | ) |
| STAPLES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT STAPLES, INC.'S MOTION TO STAY
PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

Defendant Staples, Inc. ("Staples") moves to stay this case pending the *ex parte* reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the *inter partes* reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317). Staples joins in and incorporates the arguments set forth in the briefs filed by defendants HSN, Inc. (C.A. No. 12-1546, D.I. 10) and Bosch Security Systems Inc. (C.A. No. 12-1650, D.I. 10).[1]

Plaintiff Pragmatus Telecom, LLC has alleged that Staples, HSN, Inc. and Bosch Security Systems each "infringe directly one or more claims of" U.S. Patent Nos. 6,311,231 and 6,668,286. *See* D.I. 9, ¶¶ 10, 13; C.A. No. 12-1546, D.I. 1 ¶¶ 10, 13; C.A. No. 12-1650, D.I. 11 ¶¶ 10, 13.

---

[1] A motion to stay tolls the time for Staples to respond to the Amended Complaint. *See, e.g., Intravascular Research Ltd. v. Endosonics Corp.*, 994 F. Supp. 564, 567 n.3 (D. Del. 1998) ("Historically, motions to stay have been recognized as tolling the time period for answering a complaint because pre-answer consideration of these motions have been found to maximize the effective utilization of judicial resources."); *see also* 5C Wright & Miller, FEDERAL PRACTICE AND PROCEDURE § 1360, 86 (3d ed. 2004).

- 2 -

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Staples, Inc.*

March 4, 2013
7013054

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on March 4, 2013, upon the following in the manner indicated:

## BY ELECTRONIC MAIL

| | |
|---|---|
| Brian E. Farnan | Margaret Elizabeth Day |
| FARNAN LLP | Ian N. Feinberg |
| 919 North Market Street, 12th Floor | David L. Alberti |
| Wilmington, DE 19801 | Clayton Thompson |
| (302) 777-0300 | Marc C. Belloli |
| | Sal Lim |
| | Yakov Zolotorev |
| | FEINBERG DAY ALBERTI & THOMPSON LLP |
| | 401 Florence Street, Suite 200 |
| | Palo Alto, CA 94301 |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)